■ JOANNE N. STUBBS, Appellant, v JOHN A. CAPELLINI, III, et al., Respondents. (Appeal No. 2.) [967 NYS2d 854]—Appeal from an order of the Supreme Court, Niagara County (Ralph A. Boniello, III, J.), entered February 21, 2012. The order denied the motion of plaintiff to set aside a jury verdict.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Stubbs v Capellini* (108 AD3d 1057 [2013]). Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.

■ JOANNE N. STUBBS, Appellant, v JOHN A. CAPELLINI, III, Defendant, and RALPH J. FREETLY et al., Respondents. (Appeal No. 3.) [967 NYS2d 855]—Appeal from a judgment of the Supreme Court, Niagara County (Ralph A. Boniello, III, J.), entered March 28, 2012. The judgment dismissed the complaint against defendants Ralph J. Freetly and ABF Freight System, Inc., upon a jury verdict.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs.

Same memorandum as in *Stubbs v Capellini* (108 AD3d 1057 [2013]). Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.